MARTIN E. ROSEN (SBN 108998)
mrosen@mail.hinshawlaw.com
MICHAEL A.S. NEWMAN (SBN 205299)
mnewman@mail.hinshawlaw.com
RICHARD B. HOPKINS II (SBN 190108)
rhopkins@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
New York Life Insurance Company

FILED
CLERK U.S DISTRICT COURT
MAR 30 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIMUDDIN HASHIM, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 2:16-cv-07824-DMG-SS <br><br> (Honorable Dolly M. Gee) <br><br> [~~PROPOSED~~] ORDER ON JOINT STIPULATION OF CONFIDENTIALITY |

All future discovery filings shall
include the following legend
on the cover page:
"[Referred to Magistrate Judge
Suzanne H. Segal]"

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36189950v1 0986218

[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-07824-DMG-SS

36266096v1 0991231

# [~~PROPOSED~~] ORDER

Good cause having been shown within the parties' Stipulation of Confidentiality of documents to be produced in this action (the "Stipulation"), the Court hereby orders that the handling of confidential, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation, as amended.

**IT IS SO ORDERED.**

DATED: 3/30/17

By: _____
United States ~~District Court Judge~~ for
the Central District of California

All future discovery filings shall include the following language on the cover page: "[Referred to Magistrate Judge Suzanne H. Segal]"

1
[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-07824-DMG-SS

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36189950v1 0986218

36266096v1 0991231

| | |
|---|---|
| 1 | MARTIN E. ROSEN (SBN 108998) |
|   | mrosen@mail.hinshawlaw.com |
| 2 | MICHAEL A.S. NEWMAN (SBN 205299) |
|   | mnewman@mail.hinshawlaw.com |
| 3 | RICHARD B. HOPKINS II (SBN 190108) |
|   | rhopkins@mail.hinshawlaw.com |
| 4 | HINSHAW & CULBERTSON LLP |
|   | 633 West 5th Street, 47th Floor |
| 5 | Los Angeles, CA 90071-2043 |
|   | Telephone: 213-680-2800 |
| 6 | Facsimile: 213-614-7399 |

Attorneys for Defendant
New York Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIMUDDIN HASHIM, | Case No. 2:16-cv-07824-DMG-SS |
| Plaintiff, | (Honorable Dolly M. Gee) |
| vs. | **JOINT STIPULATION OF CONFIDENTIALITY** |
| NEW YORK LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 10, | |
| Defendants. | NOTE CHANGES MADE BY THE COURT |

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-07824-DMG-SS
36266094v1 0991231

TO THE HONORABLE DOLLY M. GEE AND HER COURT CLERK:

WHEREAS, Defendant New York Life Insurance Company ("New York Life" or "Defendant"), per the Court's Scheduling Order, is prepared to produce confidential and proprietary claim manual documents to Nazimuddin Hashim ("Hashim") ("Hashim" and "Defendant" referred to herein as "the Parties") in the above-captioned action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The confidential and/or proprietary claims manual documents and other confidential documents, or any portion thereof, to be produced by Defendant in this action which are not publicly available, and which are designated by Defendant as "Confidential," shall be deemed "Confidential Information."

2. Designation of the documents as "Confidential" shall be made by stamping each page comprising any such document, copy, or excerpt thereof with the legend "CONFIDENTIAL" or a substantially similar legend at the time of production.

3. Defendant may designate the documents, or any portion thereof, including the contents and information therein, as protected under this Stipulation and Order. If Hashim disagrees with any such designation, the Parties will attempt to resolve the dispute in good faith ~~on an informal basis and, if they are unable to do so, may ask the Court to resolve the dispute~~ pursuant to procedures set forth at Local Rule 37. (SHS). Until such time as the dispute is resolved, the Parties will treat the documents at issue as deemed Confidential under this stipulation.

4. "Qualified Person" as used herein means: (i) members, employees, counsel, consultants, experts, co-counsel, or anyone else deemed by Defendant to be

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-07824-DMG-SS
36266094v1 0991231

1  necessary for the preparation of the case, (ii) Hashim, and, (iii) this Court and its
2  personnel.

3      5.    The Confidential Information, or any portion thereof, may only be
4  disclosed to Qualified Persons, and then only to the extent counsel in good faith
5  believes that such disclosure is reasonably necessary to the prosecution or defense
6  of this litigation. *or the Court*

7      6.    Each Qualified Person will maintain the Confidential Information, or
8  any portion thereof, in confidence and will not reveal it to anyone who is not a
9  Qualified Person without the prior written consent of Defendant's counsel, or in the
10 absence of such consent, an order of the Court authorizing such disclosure.

11     7.    If either party wishes to use the Confidential Information, or any
12 portion thereof, during any discovery, motion practice, or trial of this action, the
13 Parties will, in advance, confer in good faith to agree upon a method to protect such
14 Confidential Information. *See Local Rule 79. (SKS)* ~~Either party may apply to the Court for a mechanism for~~
15 ~~maintaining the confidentiality of material designated as Confidential Information.~~

16     8.    The disclosure of the Confidential Information, or any portion thereof,
17 to a Qualified Person without designating it as Confidential shall not constitute a
18 waiver of the producing party's right to designate such information as Confidential
19 at a later time and, if so designated, the information shall thenceforth be treated as
20 Confidential subject to all terms of this Stipulation and Order.

21     9.    ~~All documents filed with the Court that are designated Confidential or~~
22 ~~contain verbatim the contents of the claims manual shall be filed under seal and kept~~
23 ~~under seal until further order of the Court. Where possible, only Confidential~~
24 ~~portions of filings with the Court shall be filed under seal.~~ *See Local Rule 79.*

25     10.    At the conclusion of this lawsuit (including appeals, if any), the
26 Confidential Information, or any portion thereof, in the possession of any Qualified
27 Person or any other person who has received such information pursuant to this

28     2

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

JOINT STIPULATION OF CONFIDENTIALITY
Case No. 2:16-cv-07824-DMG-SS
36266094v1 0991231

1 Stipulation and Order, together with all copies, extracts, and summaries thereof,
2 shall either be returned to the party that produced it, or it shall be destroyed. No
3 Confidential Information may be used in any other judicial or other proceeding or
4 for any other purpose whatsoever, except (i) where required by legal process or by
5 law for lawful purposes, or (ii) upon the written consent of the producing party.

      11.    This Stipulation and Order may be modified by a further Stipulation so ordered by the Court or, if the Parties are unable to agree, by the Court on the application of a party. This Stipulation and Order shall be binding upon all Qualified Persons ~~and upon all other persons having knowledge of its terms~~, and any violation thereof may be punishable by contempt.

      12.    The parties agree that even if the Court does not sign and enter the Proposed Order hereto, the parties will be bound by all of the terms and conditions of this Stipulation as a separate and enforceable contract between the parties.

IT IS SO STIPULATED.

DATED: March 24, 2017        HINSHAW & CULBERTSON LLP

By: */s/ Martin E. Rosen*
MARTIN E. ROSEN
MICHAEL S. NEWMAN
Attorneys for Defendant
New York Life Insurance Company

DATED: March 24, 2016        By: DONAHUE & HORROW

*/s/ Michael Horrow*
MICHAEL HORROW
ELIZABETH FLEMMING
Attorneys for Plaintiff
Nazimuddin Hashim

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800